IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLORIA CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:13-CV-2939-D |
| VS. | § | |
| | § | |
| ODIS E. CARTER, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the February 20, 2014 findings, conclusions, and recommendation of the magistrate judge, and having considered plaintiff's objections filed February 27, 2014, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendant David Anthony Lopez's ("Judge Lopez's") August 19, 2013 motion to dismiss is granted, and plaintiff's action against Judge Lopez is dismissed with prejudice by Fed. R. Civ. P. 54(b) judgment filed today.

**SO ORDERED**.

February 28, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE